

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Ben Kuruvilla
*Special Federal Litigation*
(212) 788-6405
(212) 788-9776 (fax)
bkuruvil@law.nyc.gov

April 1, 2013

**Via ECF**
Hon. Carol B. Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Latoya Miller, et al. v. City of New York, et al.,
       1:11-cv-05036-CBA-SMG

Dear Judge Amon:

  I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants The City of New York, Ramon Hernandez, Erek Powers and Timothy Cote in this action. The parties have reached an agreement to settle this matter. Please find attached an executed copy of a Stipulation and Order of Dismissal, which is being submitted for the Court's endorsement.

  I thank the Court for its time and consideration of this request.

                Respectfully submitted,

                Ben Kuruvilla

cc: Steven A. Hoffner, Esq.  **By ECF**
   *Attorney for Plaintiff*

<2>
Case 1:11-cv-05036-CBA-SMG   Document 17   Filed 04/01/13   Page 2 of 3 PageID #: 50
</2>



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LATOYA MILLER and CHERYL BYNOE,

                               Plaintiffs,

           -against-

THE CITY OF NEW YORK, EREK POWERS, RAMON
HERNANDEZ and TIMOTHY COTE,

                               Defendants.

------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

11-cv-5036 (CBA) (SMG)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

          1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| STEVEN A. HOFFNER<br>*Attorney for Plaintiff*<br>350 Broadway, Suite 1105<br>New York, NY 10013<br><br>By: _____<br>   Steven A. Hoffner | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>*Powers, Hernandez and Cote*<br>100 Church Street, Rm. 3-126<br>New York, New York 10007<br><br>By: _____<br>   Ben Kuruvilla<br>   *Assistant Corporation Counsel*<br><br>SO ORDERED: |
| Dated: New York, New York<br>   _____, 2013 | _____<br>HON. CAROL B. AMON<br>UNITED STATES DISTRICT JUDGE |

2